IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARLANDIS C. ISSAC,

    Petitioner,

  v.

Case No. 20-cv-129-bbc

WARDEN T.J. WATSON,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying Arlandis C. Issac's petition for a writ of certiorari under 28 U.S.C. § 2241 dismissing this case.

| /s/ | 5/5/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |